FILED
SCRANTON

DEC 29 2021

PER ✗
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Tod M. Sparks II
111 Hilltop Rd. Hazleton PA
18201  203-600-6595
(Enter above the full name of
plaintiff in this action)

CIVIL CASE NO: 3:21 cv 2177
(to be supplied by Clerk
of the District Court)

Judge Mehalchick

v.

Superior Danbury Court House
Judges/Clerks/Police
146 White St.
Danbury CT. 06810
(Enter above the full name of
the defendant(s) in this action)

## COMPLAINT

1. The plaintiff ___Tod M. Sparks II___ a citizen of the County of ___LUZERNE___ State of Pennsylvania, residing at ___111 Hilltop Rd. Hazleton PA 18201___

wishes to file a complaint under ___28 USC 1332___
(give Title No. etc.)

2. The defendant is ___Danbury Court House, Judges/Court Clerks 146 White St. Danbury CT.___

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) ___28 USC 1332___

3. (CONTINUED) Police, Judge, Clerks Grossly Negligent #21-70228 #21-70923 Allowing THE Diana Clarke (plaintiff) TO REPEATEDLY STALK by INTERNET, CELLPHONE, COMPUTER, 3rd PARTY, DRIVE BY MY OFFICE, MY HOUSE. REPEAT OF CALLING POLICE SAYING I'M SITTING OUTSIDE HOUSE #21-70923 PLEASE SO NANA PERPETRTOR CELLPHONE PROOF OF STALKING. I, MY WIFE, MY DAUGHTER FEEL UNSAFE AND THREATENED BY DIANA CLARKE, MY COMPLAINT AGAINST SUPERIOR COURT OF DANBURY NEGLIGENCE 28, USC 1332 FOR ALLOWING A STALKER, SEXUAL HARRASER TO ABUSE ME AND MY FAMILY, GIANT AMOUNT OF PAPERS WERE SENT TO US 12/29/21

4. WHEREFORE, plaintiff prays that THIS IS CLASSIC TEXT SEXUAL HARRASMENT THE COURTS, POLICE, CLERKS LACK EDUCATION EMERGENCY RELIEF BE GRANTED TO ME AND THAT THE SUPERIOR COURT OF DANBURY CT. BE EDUCATED IN SEXUAL HARRASSMENT, STALKING AND ALLOWING DIANA CLARKE TO VILLIANIZE ME AND MY FAMILY. PLEASE EDUCATE THE ENTIRE COURT HOUSE THAT YES! IT IS POSSIBLE FOR ME TO BE SEXUALIZED, AND HARRASSED! I HAVE VIDEO! TEXT ETC.

_____
(Signature of Plaintiff)